# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD CHARLES CARTY,** | : | |
| Petitioner | : | No. 1:24-cv-00733 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **PENNSYLVANIA PAROLE BOARD,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 22nd day of April 2025, upon consideration of the petition for a writ of habeas corpus under 28 U.S.C. § 2254 and supporting memorandum of law filed by pro se Petitioner Donald Charles Carty, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED AS MOOT**; and

2. The Clerk of Court is directed to **CLOSE** this case.

> s/ Yvette Kane
> Yvette Kane, District Judge
> United States District Court
> Middle District of Pennsylvania